# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **MICHAEL SHAW,** § | | |
| **Plaintiff** § | | |
| § | | |
| **VS** § | | Civil Action No. 4:23-CV-00304-O |
| § | | |
| **THE KROGER CO.,** § | | |
| **Defendant** § | | |

## PLAINTIFF'S FIRST AMENDED PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES MICHAEL SHAW, (hereinafter referred to as "Plaintiff") and files this first amended negligence suit against THE KROGER CO. and KROGER TEXAS, LP (hereinafter referred to as "Defendants").

## BASIS FOR JURISDICTION

1. Plaintiff is a resident of Texas. Defendant's principal place of business is Ohio. Plaintiff seeks more than $1,000,000.00 in monetary relief.

2. Venue lies in this Court pursuant to 28 U.S.C. § 1391(b)(2) as a substantial part of the events or omissions giving rise to Plaintiff's claim occurred in Tarrant County, Texas, which lies within the Northern District of Texas, Fort Worth Division.

## PARTIES & SERVICE

3. Plaintiff MICHAEL SHAW is an individual resident of TARRANT COUNTY, TEXAS.

4. Defendant, THE KROGER CO., is a corporation doing business in Texas with its principal office and principal place of business in Ohio. It may be served through its registered agent,

CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCO, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

5. Defendant, KROGER TEXAS L.P., is a corporation doing business in Texas with its principal office and principal place of business in Ohio. It may be served through its registered agent, CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCO, 211 E. 7th Street, Suite 620, Austin, TX 78701.

## FACTS

6. On or around June 01, 2021, Plaintiff MICHAEL SHAW was working in The Kroger Co.'s store located at 3510 Altamesa Blvd, Fort Worth, TX 76133.

7. While lifting inventory during his shift, Plaintiff injured his back, causing him severe and life altering injuries.

## CAUSES OF ACTION – NEGLIGENCE AND/OR NEGLIGENCE PER SE

8. The Defendant breached its duty of ordinary care by failing to adequately train and/or supervise the employees for lifting heavy inventory for the store.

9. The Defendant knew or should have known the unreasonable risk of harm to employees in not having a proper procedure in place, and/or in not ensuring compliance with the proper procedure for lifting inventory and failed to act in a reasonable manner in exercising precautions to prevent that harm, including creating a written procedure, providing adequate training, and/or providing adequate oversight.

10. These breaches were the proximate cause of the Plaintiff's injuries.

## DAMAGES

11. There are certain elements of damages which the Plaintiff is entitled to recover and for which he now sues, including those incurred from the date of the incident up to the time of trial and those to be incurred after the time of trial and into the future. These damages are:

    (a) Physical pain in the past

    (b) Physical pain in the present and the future;

    (c) Mental Anguish in the past

    (d) Mental Anguish in the present and the future;

    (e) Physical impairment in the past

    (f) Physical impairment in the present and the future;

    (g) Disfigurement in the past;

    (h) Disfigurement in the future;

    (i) Reasonable and necessary medical expenses in the past;

    (j) Reasonable and necessary medical expenses in the future;

    (k) Loss of Earning Capacity in the past; and

    (l) Loss of Earning capacity in the future.

## JURY DEMAND

12. Plaintiff demands a jury trial and tenders the appropriate fee with this petition.

## PRAYER

13. WHEREFORE, PREMISES CONSIDERED, Plaintiff, Michael Shaw, respectfully requests that Defendant, The Kroger Co. be cited to appear and answer, and on final trial,

that Plaintiff have judgment against the Defendant for:

(a) Actual damages;

(b) Prejudgment and post judgment interest as allowed by law;

(c) Cost of suit; and

(d) Any further relief, either in law or equity, to which Plaintiff is justly entitled.

Respectfully Submitted,

 /s/Ben Westbrook
Ben E. Westbrook
Texas Bar No. 24090462
1214 Fairmount Ave
Fort Worth, TX 76104
Tel. 817.523.1232
Fax 817.231.7984
ben@westbrooklawfirm.com
**ATTORNEY FOR PLAINTIFF**